TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00818-CV

Donald Russell Smith, Appellant

v.

Jennifer Rose Busche, formerly known as Jennifer Rose Smith, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY

NO. 96-507-FC1, HONORABLE KEVIN HENDERSON, JUDGE PRESIDING 

PER CURIAM

 The parties have announced settlement and have requested an order accepting the 
mediated settlement agreement. The parties have agreed to certain modifications of the divorce
decree as set out in the motion and proposed order, attached as an appendix to this opinion and
judgment.

 This Court accordingly reverses the trial-court judgment and remands the cause to
the trial court. The trial court shall render a new judgment that is the same as the vacated
judgment in all particulars except for those modifications set out in the parties' settlement
agreement, motion, and proposed order in the attached Appendix.

Before Justices Powers, Kidd and B. A. Smith

Reversed and Remanded on Joint Motion

Filed: August 13, 1998

Do Not Publish